U. S. 387, 395 (1970) (BRENNAN, J., concurring). See also *People* v. *White,* 390 Mich. 245, 212 N. W. 2d 222 (1973); *State* v. *Brown,* 262 Ore. 442, 497 P. 2d 1191 (1972); *Commonwealth* v. *Campana,* 452 Pa. 233, 304 A. 2d 432, vacated and remanded, 414 U. S. 808 (1973), adhered to on remand, 455 Pa. 622, 314 A. 2d 854 (1974).

No. 73–716.   GARNER *v.* UNITED STATES, 416 U. S. 935;

No. 73–853.   FORBICETTA *v.* UNITED STATES, 416 U. S. 993;

No. 73–1104.   HOOPA VALLEY TRIBE *v.* SHORT ET AL., 416 U. S. 961;

No. 73–1382.   KLEMMER *v.* ALABAMA, 416 U. S. 957;

No. 73–1421.   SMITH *v.* ILLINOIS CENTRAL RAILROAD CO. ET AL., 416 U. S. 985;

No. 73–5876.   LUFKINS *v.* UNITED STATES, 416 U. S. 971;

No. 73–6054.   COLE ET AL. *v.* CALIFORNIA, 416 U. S. 964;

No. 73–6055.   COLE ET AL. *v.* CALIFORNIA, 416 U. S. 972;

No. 73–6145.   MORGAN *v.* CALIFORNIA STATE PERSONNEL BOARD ET AL., 416 U. S. 972;

No. 73–6250.   SMITH *v.* TWOMEY, WARDEN, 416 U. S. 994;

No. 73–6404.   SMITH *v.* ASKINS, 416 U. S. 964; and

No. 73–6448.   STARKEY *v.* WYRICK, WARDEN, 416 U. S. 992.   Petitions for rehearing denied.

JUNE 13, 1974

No. 32, Orig.   MISSOURI *v.* NEBRASKA.   Bill of complaint dismissed under Rule 60 of the Rules of this Court. [For earlier orders herein, see, *e. g., ante,* p. 904.]